UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

DAVID O. CARROWAY, :
:
       Plaintiff, : Civil Action No. 06-614 (JAP)
:
  v. : **O R D E R**
:
STATE OF NEW JERSEY, et al., :
:
       Defendants. :
_____ :

    For the reasons expressed in the Court's Opinion filed herewith,

    It is on this 17th day of May, 2006,

    ORDERED that the Complaint is DISMISSED WITH PREJUDICE, in its entirety, as against all defendants for failure to state a claim, and based on Eleventh Amendment immunity, judicial immunity, and prosecutorial immunity, pursuant to 28 U.S.C. § 1915A(b)(1), (2); and it is further

    ORDERED that the Clerk of the Court shall serve a copy of this Order and the accompanying Opinion upon on all parties, and on the plaintiff at his new address noted to the Court on May 16, 2006 (see Docket Entry No. 3), as Morris County Correctional Facility, 43 John Street, Morristown, New Jersey 07960.

                                    s/Joel A. Pisano
                                    JOEL A. PISANO
                                    United States District Judge